CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RACHEL L. KENT
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel. (702) 388-6336
Fax. (702) 388-6418
Rachel.Kent@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA and<br>JONATHAN PAVON,<br><br>　　　　　Defendants. | Case No. 2:20-cr-00032-JCM-EJY<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br>**(Fourth Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel L. Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Daniel Plata and Theresa A. Ristenpart, counsel for Jonathan Pavon, that the calendar call currently scheduled for July 21, 2021, and the trial currently scheduled on July 26, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

1. Counsel for the defendants need additional time to review discovery, continue investigation in this case, and determine whether they plan to file any pretrial motions. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 U.S. C. § 3161(h)(7)(A).

2. The parties are currently engaged in plea negotiations that may result in the resolution of this matter without trial, facilitating the efficient use of judicial resources. The additional time requested by this Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. § 3161(h)(7)(A).

3. The defendants are not incarcerated and agree to the continuance.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(B)(i),(iv).

//
//
//
//
//
//
//

This is the fourth stipulation to continue.

DATED this 30th day of June, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| s/ Paul Riddle | /s/ Rachel Kent |
| PAUL RIDDLE, AFPD<br>Counsel for defendant<br>**Daniel Plata** | RACHEL KENT<br>Special Assistant United States Attorney |

s/ Theresa A. Ristenpart

THERESA A. RISTENPART
Counsel for defendant
**Jonathan Pavon**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA and<br>JONATHAN PAVON,<br><br>　　　　Defendants. | Case No. 2:20-cr-00032-JCM-EJY<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br>**(Fourth Request)** |

### **FINDINNGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendants need additional time to review discovery, continue investigation in this case, and determine whether they plan to file any pretrial motions. The additional time requested by this Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. § 3161(h)(7)(A).

2. The parties are currently engaged in plea negotiations that may result in the resolution of this matter without trial, facilitating the efficient use of judicial resources. The additional time requested by this Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. § 3161(h)(7)(A).

3. The defendants are not incarcerated and agree to the continuance.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(B)(i),(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be like to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering of the factors under Title 18, United States Code, Section 3161 (h)(7)(B)(iv).

## ORDER

IT IS HEREBY ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be submitted to the Court at Calendar Call.

IT IS FURTHER ORDERED that the calendar call currently scheduled for July 21, 2021, at the hour of 1:30 p.m., be vacated and continued to December 29, 2021 at the

1 | hour of ____1:30____ p.m., and the trial currently scheduled for July 26, 2021, at the
2 | hour of 9:00 a.m. be vacated and continued to _January 3, 2022_ at the hour of _9:00 a.m._

DATED July 2, 2021.

_____
UNITED STATES DISTRICT JUDGE