RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Daniel Plata

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00032-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR SENTENCING MEMORANDUM** |
| v. | (Second Request) |
| DANIEL PLATA AND JONATHAN PAVON | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Daniel Plata, and Theresa A. Ristenpart, counsel for Jonathan Pavon, that the Sentencing Memorandum deadline for Tuesday, November 1, 2022, be continued to Wednesday, November 2, 2022.

The Stipulation is entered into for the following reasons:

1. Due to an unexpected issue, counsel was unable to file the memorandum on 11/1/22. ECF No. 87.

2. After discussion with government, there was agreement to file it on 11/2/2022 instead. Counsel is filing the memorandum contemporaneous to this stipulation.

3. Defendant is not in custody.

4. The parties agree to the continuance.

5. The additional time requested is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively and thoroughly complete the memorandum.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue.

DATED this 2nd day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender<br>Counsel for Daniel Plata | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

/s/ Theresa A. Ristenpart
By_____
THERESA A. RISTENPART
Counsel for Jonathan Pavon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL PLATA and<br>JONATHAN PAVON,<br><br>            Defendant. | Case No. 2:20-cr-00032-JCM-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel waiting for confirmation on information relevant to sentencing memorandum. Counsel will file memorandum as soon as received.

2. Defendants are not in custody.

3. The parties agree to the continuance.

4. The additional time requested is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively and thoroughly complete the memorandum.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that sentencing memorandum must be electronically submitted to the Court by **November 2, 2022.**

.

DATED this  3rd  day of November 2022.

_____
UNITED STATES DISTRICT JUDGE