THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant Jonathan Pavon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:20-cr-00032-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| JONATHAN PAVON, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant JONATHAN PAVON, by and through his attorney, THOMAS A. ERICSSON, ESQ., of Oronoz & Ericsson, LLC, and the UNITED STATES OF AMERICA, by and through JEAN RIPLEY, ESQ., Assistant United States Attorney, that the Revocation Hearing scheduled for October 4, 2024, at the hour of 11:00 a.m., be vacated and continued for at least fourteen (14) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. This matter is currently set for October 4, 2024, at 11:00 a.m.

2. Defendant Jonathan Pavon is not in custody and does not object to the requested extension.

3. Counsel for the Government and Counsel for Defendant are reviewing the revocation materials submitted for the hearing and identifying and interviewing potential witnesses for the hearing. Additionally, the Parties are exploring the possibility of a settlement that may obviate the need for an evidentiary hearing.

DATED: September 24, 2024

Respectfully submitted,

*/s/ Thomas A. Ericsson*
Thomas A. Ericsson, Esq.
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
*Attorney for Defendant Unique Beauford*

*/s/ Jean Ripley*
Jean Ripley, Esq.
U.S. Attorney's Office
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Attorney for Plaintiff United States of America*

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant Jonathan Pavon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JONATHAN PAVON, ) <br> ) <br> Defendant. ) | CASE NO: 2:20-cr-00032-JCM-EJY <br><br> **FINDINGS OF FACT AND ORDER** |

Based on the foregoing Stipulation of counsel, and good cause appearing, therefore, the Court finds:

1. This matter is currently set for October 4, 2024, at 11:00 a.m.
2. Defendant Jonathan Pavon is not in custody and does not object to the requested extension.

3. Counsel for the Government and Counsel for Defendant are reviewing the revocation materials submitted for the hearing and identifying and interviewing potential witnesses for the hearing. Additionally, the Parties are exploring the possibility of a settlement that may obviate the need for an evidentiary hearing.

## **ORDER**

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for October 4, 2024, at the hour of 11:00 a.m. be vacated and continued to the 18th day of October, 2024, at the hour of 11:00 a.m.

DATED September 25, 2024.

_____
UNITED STATES DISTRICT JUDGE